UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEANDER BLETCHER

    Plaintiff,

v.                                CASE NO.:

BREVARD COUNTY SHERIFF'S OFFICE
and OFFICER EZRA DOMINGUEZ,

    Defendants.
_____/

## NOTICE OF REMOVAL

*To the Judges of the United States District Court for the Middle District of Florida:*

The notice of Defendants respectfully shows:

1. On January 5, 2023, an action was commenced by the filing of a complaint in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, entitled *Leander Bletcher v. Brevard County Sheriff's Office and Officer Ezra Dominguez*, Case No.: 2023-CA-010742. All documents filed in the state circuit court case as that record existed on January 31, 2023 are attached hereto as Composite Exhibit "A."

2. The above-described action is a civil action of which the District Courts of the United States have been given original jurisdiction in that claims in the

complaint arise under the laws of the United States and which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

3. Specifically, the complaint includes federal constitutional claims brought under 42 U.S.C. § 1983 for municipal liability against Defendant Brevard County Sheriff's Office for an alleged failure to train, supervise and enact policies regarding excessive force.

4. In accordance with the requirements of 28 U.S.C. § 1446, this notice of removal is filed within thirty (30) days after receipt by Defendants through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, pursuant to 28 U.S.C. § 1446(b). Specifically, Defendant Brevard County Sheriff's Office was served with a summons and complaint on January 11, 2023. Defendant Ezra Dominguez has not yet been served; however, he is represented by undersigned counsel and hereby consents to and joins in this removal.

5. By reason of the premises, Defendants desire and are entitled to have this cause removed from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, such being the district where said suit is pending.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), copies of all process, pleadings, orders and other papers or exhibits of every kind served upon Defendants and on file in the state circuit court case are attached hereto.

7. Written notice of the filing of this notice of removal will be given to all adverse parties, as required by law.

8. A true copy of this notice of removal will be filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

WHEREFORE, Defendants Brevard County Sheriff's Office and Ezra Dominguez pray that this action be removed to this Court and this Court accept the jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

DATED this 31st day of January 2023.

*s/ Ana Cristina Cuello*
THOMAS W. POULTON, ESQ.
Florida Bar No.: 0083798
*poulton@debevoisepoulton.com*
ANA CRISTINA CUELLO, ESQ.
Florida Bar No.: 1010406
*cuello@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.: 0091197
*grant@debevoisepoulton.com*
ROBERT D. HOLBORN, II, ESQ.
Florida Bar No.: 44186
*holborn@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.

>1035 S. Semoran Boulevard, Suite 1010
>Winter Park, Florida  32792
>Telephone:  407-673-5000
>Facsimile:   321-203-4304
>Attorneys for Defendants
>Brevard County Sheriff's Office
>and Ezra Dominguez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served via electronic mail to the following: Marwan E. Porter, Esq., *marwan@theporterfirm.com*, The Porter Firm LLC, 5033 SE Federal Highway, Stuart, Florida 34997.

>*s/ Ana Cristina Cuello*
>THOMAS W. POULTON, ESQ.
>Florida Bar No.:  0083798
>*poulton@debevoisepoulton.com*
>ANA CRISTINA CUELLO, ESQ.
>Florida Bar No.:  1010406
>*cuello@debevoisepoulton.com*
>JEFFREY K. GRANT, ESQ.
>Florida Bar No.:  0091197
>*grant@debevoisepoulton.com*
>ROBERT D. HOLBORN, II, ESQ.
>Florida Bar No.:  44186
>*holborn@debevoisepoulton.com*
>DeBEVOISE & POULTON, P.A.
>1035 S. Semoran Boulevard, Suite 1010
>Winter Park, Florida  32792
>Telephone:  407-673-5000
>Facsimile:   321-203-4304
>Attorneys for Defendants
>Brevard County Sheriff's Office
>and Ezra Dominguez