UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEANDER BLETCHER

      Plaintiff,                           CASE NO.: 6:23-cv-00176-ACC-LHP

v.

BREVARD COUNTY SHERIFF'S OFFICE
And OFFICER EZRA DOMINGUEZ

      Defendants.

_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**COMES NOW** the Plaintiff, Leander Bletcher, by and through the undersigned counsel, and hereby files this Motion for Leave to file First Amended Complaint, pursuant to Federal Rule 15, Federal Rules of Civil Procedure and in accordance with the Courts Order, and in support thereof state as follows:

**1.** This action was brought forth by Plaintiff for the wrongful actions of Officer Ezra Dominguez and Wayne Ivey in his official capacity as Sheriff of Brevard County and the severe injuries Plaintiff sustained.

**2.** This is the first amendment sought to the original Complaint. Plaintiff has not attempted to delay or frustrate the process of this Court.

**3.** Plaintiff has fixed a mistake in the pleadings naming the Defendant by the correct name "Wayne Ivey in his official capacity as Sheriff of Brevard County," rather than Brevard County Sheriff's Office.

4.  Plaintiff has also eliminated Former Count II, the violation of the Title 42 Section 1983 claim,

and removed the negligence claim against Officer Ezra Dominguez.

5.  Further, Plaintiff would request that the Court instruct the Court to change the style of the case

to the following:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEANDER BLETCHER
Plaintiff,                                    Case No.: 6:23-cv-00176-ACC-LHP
Vs.
WAYNE IVEY IN HIS OFFICIAL
CAPACITY AS SHERIFF OF BREVARD
COUNTY and OFFICER EZRA DOMINGUEZ

**6.** The matter is not set for trial and the amendment will not prejudice any of the parties in any

manner.

WHEREFORE, the Plaintiff, Leander Bletcher hereby moves this Court for an Order

granting Plaintiff's Motion for Leave to File First Amended Complaint attached hereto as Exhibit

A and deeming said First Amended Complaint filed as of the date of the Court's Order.

2

Dated:  May 22, 2023

By:_____

Marwan E. Porter, Esquire
Florida Bar No. 026813
Marwan@theporterfirm.com
THE PORTER LAW FIRM, LLC
5033 SE Federal Highway
Stuart, Florida 34997
Telephone: (772) 266-4159
Facsimile: (772) 678-7566
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will also serve notice via electronic

mail to the following:

**Thomas W. Poulton**
DeBevoise & Poulton, PA
Suite 1010
1035 S Semoran Blvd
Winter Park, FL 32792-5512
Email: poulton@debevoisepoulton.com
**Jeffrey K. Grant**
DeBevoise & Poulton, PA
Suite 1010
1035 S Semoran Blvd
Winter Park, FL 32792-5512
Email: grant@debevoisepoulton.com

**Robert D. Holborn**
DeBevoise & Poulton, P.A.
1035 S. Semoran Blvd.., Suite 1010
Winter Park, FL 32792
Email: holborn@debevoisepoulton.com

**Ana Cuello**
1035 S. Semoran Blvd.
Suite 1010
Winter Park, FL 32792
Email: cuello@debevoisepoulton.com

By:_____
Marwan E. Porter, Esquire
Florida Bar No. 026813
Marwan@theporterfirm.com
THE PORTER LAW FIRM, LLC
5033 SE Federal Highway
Stuart, Florida 34997
Telephone: (772) 266-4159
Facsimile: (772) 678-7566

**ATTACHMENT**

**A**